CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 0 2009

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DAMIEN JERMAINE BARNER, | )<br>) |
| Plaintiff, | ) Case No. 7:08CV00376 |
| v. | )<br>) **FINAL ORDER** |
| SGT. BENTLEY, ET AL., | ) By: Glen E. Conrad<br>) United States District Judge |
| Defendant. | ) |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. Judgment as a matter of law is **GRANTED** as to all defendants;

2. Pending motions are **DISMISSED** as moot; and

3. The civil action is **STRICKEN** from the active docket of the court.

ENTER: This 20th day of July, 2009.

_____
United States District Judge